UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
CARL D. WELLS, :
:
:
Petitioner, :
: 21-cv-11231 (LJL)
-v- :
: ORDER
:
SUPT. MARK MILLER, :
:
Respondent. :
:
------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/23/2022

LEWIS J. LIMAN, United States District Judge:

    Petitioner Carl D. Wells files the attached letter bringing claims about his medical treatment at Green Haven Correctional Facility. The Clerk of Court is respectfully directed to open this matter as a new civil action.

SO ORDERED.

Dated: December 23, 2022
       New York, New York

                                          LEWIS J. LIMAN
                                       United States District Judge